# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

V.

CIGAR MANUFACTURERS OUTLET,
INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV-GRAHAM
00-6210

MAGISTRATE JUDGE
TURNOFF

TO: (Name and Address of Defendant)

    Cigar Manufacturers Outlet, Inc.
    c/o Jose Ernesto SanMartin, Pres.
    10242 NW 47 St., Suite 39
    Sunrise, FL 33351

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

    DAVID I. MELLINGER
    ASSISTANT U.S. ATTORNEY
    United States Attorney's Office
    500 East Broward Boulevard, Ste. 700
    Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

BY DEPUTY CLERK

DATE Feb 11, 2000