UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **CIV-GRAHAM 00-6210**

**MAGISTRATE JUDGE TURNOFF**

UNITED STATES OF AMERICA, )
)
PLAINTIFF, )
)
v. )
)
CIGAR MANUFACTURERS OUTLET, INC., )
a Florida corporation; )
JOSE ERNESTO SAN MARTIN, individually, )
and as an officer of the corporation; and )
PETER DILLON, individually, and as an )
officer of the corporation, )
)
DEFENDANTS. )
_____)

## CIVIL ACTION CERTIFICATION

1.   Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes __X__ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
DAVID I. MELLINGER
Assistant United States Attorney
FL. BAR NO. 0821365
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel:   (954) 356-7314, ext. 3612
Fax:   (954) 356-7180

