UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

               Plaintiff,

CASE NO.: 00-6210

CIV-GRAHAM

vs

CIGAR MANUFACTURERS OUTLET, INC,
 a Florida corporation;
JOSE ERNESTO SANMARTIN, individually,
 and as officer of the corporation and
PETER DILLON, individually, and as a
 officer of the corporation,

               Defendants.
_____\

## ANSWER

      **COMES NOW**, the Defendants, by and through the undersigned attorney and files this his Answer to Complaint for Civil Penalties, Consumer Redress, Permanent Injunction and Other Equitable Relief and states as follows:

1.     As to paragraph "1" Defendants denies.
2.     As to paragraphs "2" and "3" Defendants admit.
3.     As to paragraphs "4" Defendants admits as to address and denies as to the term "business ventures".
4.     As to paragraph "5" Defendants admits as to Jose Ernesto San Martin bing Director and denies subsequent paragraph.
5.     As to paragraph "6" and "7" Defendants deny.
6.     As to paragraph "8" Defendants admits as to selling cigars and denies being a business venture.
7.     As to paragraph "9" Defendants denies as to representations made.
8.     As to paragraphs "10" thru "25" Defendants deny



      **WHEREFORE**,  the Defendants enter this their answer in response to the Plaintiff Complaint.

      **I HEREBY CERTIFY** that a true and correct copy has been sent by U.S. Mail to David

L Mellinger, Assistant United States Attorney 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and Andrew E. Clark, Trial Attorney, Office of Consumer Lidgaton, P.O. Box 386, Washington, D. C., 20044 this _6_th_ day of March, 2000.

LASNAUD LAW OFFICES, P.A.

BY: _____
Alexandre Lasnaud, Esq.
Attorney for Defenants
3971 N. Andrews Avenue
Ft. Lauderdale, FL   33309
Tele. (954)561-2023
Fl. Bar No. 124000