

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6210-CIV-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET,
INC., a Florida corporation;
JOSE ERNESTO SAN MARTIN,
individually, and as an
officer of the corporation;
and PETER DILLON,
individually, and as an
officer of the corporation,

    Defendants.
_____/

### NOTICE OF APPEARANCES

PLEASE NOTE the appearance of Andrew E. Clark, Attorney, United States Department of Justice, and Nancy Langston, Assistant United States Attorney, on behalf of Thomas E. Scott, United States Attorney for the Southern District of Florida, 99 N.E. 4th Street, 3rd Floor, Miami, Florida 33132, as attorneys of record for Plaintiff, the United States of America, in the above-referenced matter. Please forward copies of all pleadings, correspondence, etc. to undersigned counsel.

Dated: March 16, 2000

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

For: *Nancy Langston*
ANDREW E. CLARK
Attorney
Department of Justice
Office of Consumer Litigation
P.O. Box 386
Washington, D.C.  20044
PHONE:  (202) 307-0067
FAX:  (202) 514-8742

By: *Nancy Langston*
NANCY LANGSTON
Assistant United States Attorney
99 N.E. 4th Street
3rd Floor
Miami, Florida 33132
Court Assigned No. A5500437
PHONE:  (305) 961-9012
FAX:  (305) 530-7139

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 17 day of March, 2000, to Alexandre Lasnaud, Esq., 3971 N. Andrews Avenue, Ft. Lauderdale, Florida  33309.

By: *Nancy Langston*
Nancy Langston
Assistant U.S. Attorney