UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6210-CIV GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET,
INC., a Florida corporation;
JOSE ERNESTO SAN MARTIN,
individually, and as an
officer of the corporation;
and PETER DILLON,
individually, and as an
officer of the corporation,

    Defendants
_____/

## SCHEDULING REPORT

Plaintiff, United States of America, by Andrew E. Clark, and defendants, Cigar Manufacturers Outlet, Inc., and Jose Ernesto San Martin, by Alexandre Lesnaud, pursuant to Rule 16.1(B), Local Rules of the Southern District of Florida, hereby submit the following report of a scheduling meeting which took place by telephone on April 10, 2000, between counsel for the parties. A proposed scheduling order is attached.

1. Documents and List of Witnesses

Pursuant to Local Rule 16.1(B), all documents reasonably available and contemplated to be used in support of the parties' allegations, and a list of individuals likely to have discoverable



information, will be exchanged by the parties by May 1, 2000. Further documents and witness lists will be exchanged in such time to allow the parties to prepare for discovery and trial.

2. Discovery Schedule and Proposed Limits on Time

The parties agree that additional parties will be joined and pleadings amended by August 9, 2000; that the parties shall furnish opposing counsel with a written list by November 10, 2000, containing the names, addresses, and phone numbers of all fact and expert witnesses intended to be called at trial and, except for rebuttal witnesses, only those witnesses listed shall be permitted to testify; and that all discovery must be completed by December 8, 2000.

3. Settlement

The parties have begun to discuss the possibility of resolving this case by settlement. The parties will continue to discuss this issue in good faith in the future and rate the likelihood of settlement of this action as good.

4. Additional Parties and amendment of Pleadings

The parties will seek to join any additional parties and amend the pleadings by August 9, 2000, although they do not believe at this time that such joinder or amendment is likely

5. Proposed Limits on Time

The parties propose that all dispositive motions and memoranda of law must be filed by January 9, 2001; memoranda in opposition to dispositive motions shall be filed by January 23, 2001; and reply memoranda by January 30, 2001. All such motions and memoranda shall be served by Federal Express overnight delivery. The parties propose that the dispositive motions be resolved by February 27, 2001.

6. Stipulations and Admissions

The parties agree that they will likely be able to arrive at stipulations which will expedite the trial in this case. It is anticipated, for instance, that the parties will be able to stipulate to the authenticity of documents and to certain facts.

6. Reference to Magistrate Judge or Master

The parties do not at this time anticipate the need to refer matters to a magistrate judge or master.

7. Trial Time Estimate

The parties estimate that the trial in this case will require approximately three to four days.

8. Pretrial Conference and Trial

The parties request that a pretrial conference be held on March 26, 2001, and that trial begin on April 9, 2001.

3

DATED: *August 24, 2000*

| | |
|---|---|
| Of Counsel: | FOR THE UNITED STATES OF AMERICA: |
| EILEEN HARRINGTON<br>Associate Director for<br> Marketing Practices<br>Federal Trade Commission<br>Washington, D.C. 20580 | DAVID W. OGDEN<br>Acting Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice |
| CRAIG TREGILLUS<br>Attorney<br>Federal Trade Commission<br>Washington, D.C. 20580<br>PHONE: 202-326-2970<br>FAX: 202-326-3395 | THOMAS E. SCOTT<br>United States Attorney<br><br>By: *Nancy Langston*<br>NANCY LANGSTON<br>Assistant United States Attorney<br>99 N.E. 4th Street<br>3rd Floor<br>Miami, Florida 33132<br>Court Assigned No. A5500437<br>PHONE: (305) 961-9012<br>FAX: (305) 530-7139<br><br>*for Nancy Langston*<br>ANDREW E. CLARK<br>Attorney<br>Office of Consumer Litigation<br>P.O. Box 386<br>Washington, D.C. 20044<br>PHONE: (202) 307-0067<br>FAX: (202) 514-8742 |

FOR THE DEFENDANTS:

*for* *Maria Gallo Esq. for*
ALEXANDRE LASSAUD, ESQ.
3971 N. Andrews Avenue
Ft. Lauderdale, Florida 33309
PHONE: (954) 561-2023
FAX: (954) 568-1425
Florida Bar No. 124000