AO 440 (Rev. 1/90) Summons in a Civil Action

00-6210cv-DG

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 2/17/00 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael J. Braun | Financial Investigator |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 10222 NW 47 St Sunrise, FL 33351

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/17/00

*Signature of Server*

OFFICE OF THE ATTORNEY GENERAL
110 S.E. 6TH STREET, REPUBLIC TOWER
FT. LAUDERDALE, FL 33301

*Address of Server*