

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6210-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET,
INC., a Florida corporation;
JOSE ERNESTO SAN MARTIN,
individually, and as an
officer of the corporation;
and PETER DILLON,
individually, and as an
officer of the corporation,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR TELEPHONIC**
**PARTICIPATION IN STATUS CONFERENCE**

    Plaintiff United States of America hereby moves this Court to allow its attorney, Andrew E. Clark, to participate by telephone in the status conference currently set for Wednesday, June 28, 2000, at 3:30 p.m.

    Good cause for allowing a telephonic appearance by Plaintiff's counsel exists because counsel is located outside the state of Florida, in Washington, D.C. Moreover, counsel for Defendants has



also agreed to participate by telephone, as set forth in the attached Certificate of Good Faith.

                    Respectfully submitted,

DAVID W. OGDEN
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

THOMAS E. SCOTT
United States Attorney

By:  NANCY LANGSTON
Assistant United States Attorney
99 N.E. 4th Street
3rd Floor
Miami, Florida 33132
Court Assigned No. A5500437
PHONE: (305) 961-9012
FAX: (305) 530-7139

*[signed: Nancy Langston for]*
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
PHONE: (202) 307-0067
FAX: (202) 514-8742

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by Federal Express overnight delivery on June 14, 2000, to: Alexandre Lasnaud, Esq., 3917 N. Andrews Avenue, Ft. Lauderdale, FL 33309.

*[signed]*
ANDREW E. CLARK

**CERTIFICATE OF GOOD FAITH**

I HEREBY CERTIFY that I have contacted counsel of record for the Defendants in this case, and that Defendants' counsel has consented to a telephonic status conference.

_____
ANDREW E. CLARK