UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 00-6210-CIV-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiffs,

vs.

CIGAR MANUFACTURERS OUTLET, INC.,
et al.,

    Defendants.
_____/



### ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Telephonic Participation in Status Conference filed June 15, 2000.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED AS FOLLOWS:

1. The status conference has been *rescheduled* and will be held at **2:30 p.m.** on Wednesday, July 12, 2000.

2. **No** counsel is to appear in person at the status conference.

3. All counsel shall contact the court at 2:30 p.m. by calling (305) 536-7273.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of June, 2000.

                                            _____
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc: Nancy Langston, Esq.
    Andrew E. Clark, Esq.
    Alexandre Lasnaud, Esq.