UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM


FILED by _____ D.C.
JUL 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

<u>CIVIL COURTROOM MINUTES</u>

Case No. __00-6210__   Date: __7/12/00__

Style: __U.S.A v. Cigar Manufacturers Outlet__

Counsel for Plaintiff: __Clarke__

Counsel for Defendant: _____
Reporter: <u>BARBARA MEDINA</u>   Courtroom Deputy: <u>CLARA FOSTER</u>

Law Clerk: __Cynji Lee__

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: _____

Counsel for the Defendant had to go to the emergency room. Upon receipt of scheduling order, parties will have 10 days to notify the court of any conflicts or problems with the order

Motion: _____   Granted: _____   Denied: _____

Calendar Call: __2/21/01__   (Trial Set/Reset for:) __2/26/01__
Pretrial Conference: __1/24/01__   Bench/(Jury Trial:) __Jury__

Issues Referred to Mag: Trial/(Costs)/(Fees)/(Sanctions)/Dismiss/Summary
(Judgment)/(Discovery)/Other:

_____   Mag: __Turnoff__   Mediation: Yes:___ No:___

MISCELLANEOUS NOTES: _____