UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6210-CIV-GRAHAM/TURNOFF



UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET, INC.,
et al.,

    Defendants.
_____/

### NOTICE OF DISMISSAL WITHOUT PREJUDICE
### AS TO DEFENDANT PETER DILLON

**PLEASE BE ADVISED** that Plaintiff, the United States of America, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, and without prejudice to the rights of Plaintiff, hereby dismisses this action on its own behalf, without prejudice and costs, as to defendant Peter Dillon.

Dated this 17th day of July, 2000.

        Respectfully submitted,

        DAVID W. OGDEN
        Acting Assistant Attorney General
        Civil Division
        U.S. Department of Justice

        THOMAS E. SCOTT
        United States Attorney

By:  NANCY LANGSTON  *Nancy Langston*
     Assistant United States Attorney
     99 N.E. 4th Street, 3rd Floor
     Miami, Florida 33132
     Court Assigned No. A5500437
     PHONE: (305) 961-9012
     FAX:   (305) 530-7139

     _____
     ANDREW E. CLARK
     Attorney
     Office of Consumer Litigation
     P.O. Box 386
     Washington, D.C.  20044
     PHONE: (202) 307-0067
     FAX:   (202) 514-8742

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Dismissal Without Prejudice was was served by first-class mail, postgage pre-paid, upon:

    ALEXANDRE LASNAUD, ESQ.
    3917 N. Andrews Avenue
    Ft. Lauderdale, FL  33309

this 17th day of July, 2000.

                        _____
                        ANDREW E. CLARK