UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6210-CIV-GRAHAM

00 AUG -1 AM 10: 14

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET,
INC., a Florida corporation;
JOSE ERNESTO SAN MARTIN,
individually, and as an
officer of the corporation;
and PETER DILLON,
individually, and as an
officer of the corporation,

    Defendants.
_____/

## NOTICE OF MEDIATION

Plaintiff, the United States, wishes to advise the Court that mediation in the above captioned matter will be held on October 6, 2000 at 11:00 at the office of Melvin Rubin, Esq., a court-approved mediator for the Southern District of Florida.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

For: _Nancy Laugh_
    ANDREW E. CLARK
    Attorney
    Department of Justice
    Office of Consumer Litigation
    P.O. Box 386
    Washington, D.C. 20044

```
                    PHONE:  (202) 307-0067
                    FAX:    (202) 514-8742
```

By: *Nancy Langston* (signature)
NANCY LANGSTON
Asst. U.S. Attorney
99 N.E. 4th Street
3rd Floor
Miami, Florida 33132
Court Assigned No. A5500437
PHONE:  (305) 961-9012
FAX:    (305) 530-7139

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 1st. day of August, 2000, to Alexandre Lasnaud, Esq., 3971 N. Andrews Avenue, Ft. Lauderdale, Florida 33309.

By: *Nancy Langston* (signature)
Nancy Langston
Assistant U.S. Attorney