UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 00-6210-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

CIGAR MANUFACTURERS OUTLET,
INC., et al.,

    Defendant(s).
_____/

FILED by _____ D.C.

AUG - 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER SCHEDULING MEDIATION

The Mediation conference in this matter shall be held with _Melvin Rubin, Esq._ on _October 6_, 19, _2000_, at _11:00_ a.m. at _Majorca Ave._ _Coral Gables_, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _1st_ day of _August_, 2000.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

