
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CIV-GRAHAM/TURNOFF



UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET, INC.,
et al.

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION
TO RESCHEDULE MEDIATION**

Plaintiff United States of America, with the concurrence of the defendants, hereby moves this Court to postpone the mediation conference currently set for October 6, 2000, and reschedule it for November 16, 2000, in order to allow the parties additional time to attempt to reach a settlement of this case.

Although the parties continue to believe that the chances of settlement are good, the parties have not yet had a sufficient opportunity to engage in settlement discussions due to unforseen delays in the exchange of discovery materials. The parties request that the mediation conference be postponed by approximately 60 days in order to provide adequate time for the parties to complete the exchange of information and work together to reach a mutually satisfactory resolution of this case. This postponement will not affect the trial date or other deadlines set forth in the Court's Scheduling Order.



After consultation between counsel and mediator Melvin Rubin, the mediation has been tentatively rescheduled for November 16, 2000, at 11:00 a.m., pending Court approval. The parties respectfully request that the Court reschedule the mediation conference for this date. A proposed order is attached.

Dated: September 25, 2000

                Respectfully submitted,

                DAVID W. OGDEN
                Assistant Attorney General
                Civil Division
                U.S. Department of Justice

                GUY A. LEWIS
                United States Attorney

By:  NANCY LANGSTON
     Assistant United States Attorney
     99 N.E. 4th Street
     3rd Floor
     Miami, Florida 33132
     Court Assigned No. A5500437
     PHONE: (305) 961-9012
     FAX: (305) 530-7139

     /s/ Andrew E. Clark
     ANDREW E. CLARK
     Attorney
     Office of Consumer Litigation
     P.O. Box 386
     Washington, D.C. 20044
     PHONE: (202) 307-0067
     FAX: (202) 514-8742

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Reschedule Mediation was served by First Class mail, postage prepaid, upon:

> Alexandre Lasnaud, Esq.
> 3917 N. Andrews Avenue
> Ft. Lauderdale, FL  33309

this 25th day of September, 2000.

_____
ANDREW E. CLARK