UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET, INC.,
et al.

    Defendants.
_____/



FILED by _____ D.C.
SEP 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER RESCHEDULING MEDIATION

The mediation conference in this matter shall be held with Melvin A. Rubin, Esquire, on November 16, 2000, at 11:00 am at 111 Majorca Avenue, Suite A, Coral Gables, Florida, 33134.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of September, 2000

                                                        DONALD L. GRAHAM
                                                        UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record