UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET, INC.,
et al.

    Defendants.

_____/

## PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE MEDIATION AND TO EXTEND DEADLINE FOR DISCOVERY AND PRETRIAL MOTIONS

Plaintiff, the United States of America, with the concurrence of the defendants, hereby moves this Court to reschedule the mediation conference that previously had been set for this date to January 17, 2001, and to extend by thirty days the discovery cut-off and pretrial motions deadline to January 10, 2001, and January 17, 2001, respectively. These extensions will not affect the trial date or other deadlines set forth in the Court's Scheduling Order. In support of this motion, plaintiff states as follows:

    1.    Although the parties have commenced settlement discussions, plaintiff requires certain information about defendants and their activities in order to conclude these negotiations, including the identities of purchasers of defendants' business opportunities and basic financial information about the company. Plaintiffs requested this

information at the outset of the litigation and defendants agreed to voluntarily produce it in order to facilitate a prompt settlement of the case.

2.  On August 24, 2000, when the requested information still had not been provided, plaintiff served formal discovery on defendants in the form of interrogatories and a request for production of documents. On September 27, 2000, due to the ongoing delay in discovery production, the Court granted the parties' joint request to reschedule the initial mediation conference in this case from October 6, 2000, to November 16, 2000. On November 2, 2000, having still received no response to its discovery requests, plaintiff filed a Motion to Compel Discovery, which motion is currently pending before Magistrate Judge Turnoff. Defense counsel has advised plaintiff that defendants will not oppose this motion and that defendants will produce the requested discovery without further delay. Despite similar assurances over the past seven months, however, plaintiff still has received no discovery as of this date.

3.  As noted in plaintiff's motion to compel, defendants' ongoing delay in producing discovery necessitates an additional postponement of the mediation conference in this case, because, without such discovery, plaintiff lacks sufficient information to formulate an appropriate settlement position and thus negotiate a final settlement of this case. Under the circumstances, both

parties recognize that a mediation conference at this time would be premature and would result in a needless expenditure of time and resources by both the parties and the mediator. Accordingly, after consultation between counsel and mediator Melvin A. Rubin, the parties have tentatively rescheduled mediation for January 17, 2001, at 11:00 a.m., pending Court approval. The parties respectfully request that the Court enter an order rescheduling the mediation conference for this date.

   4.   In addition, plaintiff also requests, with the defendants' concurrence, that the Court extend by thirty (30) days the discovery cut-off, currently set for December 11, 2000, and the pretrial motions deadline, currently set for December 18, 2000. As noted in plaintiff's motion to compel, plaintiff is threatened with severe prejudice to its ability to conduct appropriate discovery, inasmuch as defendants have yet to reveal the identity of such crucial witnesses as the company employees who sold defendants' cigar franchises, and the many consumer franchisees who invested in these business opportunities, some of whom plaintiff may need to interview or depose. With the discovery and motions deadlines barely a month away, and still no discovery in-hand, plaintiff reasonably fears that it will lack adequate time to complete discovery and prepare any necessary motions in the event settlement talks ultimately prove unsuccessful.

5.   Accordingly, the parties respectfully request that the Court enter an Order extending the discovery cut-off in this case to January 10, 2001, and extending the deadline for pretrial motions and memoranda of law to January 17, 2001.  These extensions will not affect the trial date or other deadlines set forth in the Court's Scheduling Order of July 18, 2000.

For the foregoing reasons, plaintiff respectfully requests that this Court grant the relief sought in this motion.  A proposed Order is attached.

Dated:    November 16, 2000

>                         Respectfully submitted,
>
>                         DAVID W. OGDEN
>                         Assistant Attorney General
>                         Civil Division
>                         U.S. Department of Justice
>
>                         GUY A. LEWIS
>                         United States Attorney
>
>                   By:   NANCY LANGSTON
>                         Assistant United States Attorney
>                         99 N.E. 4th Street, 3rd Floor
>                         Miami, Florida 33132
>                         Court Assigned No. A5500437
>                         PHONE:  (305) 961-9012
>                         FAX:    (305) 530-7139
>
>                         /s/ Nancy Langston
>                         _____
>                         ANDREW E. CLARK
>                         Attorney
>                         Office of Consumer Litigation
>                         P.O. Box 386
>                         Washington, D.C.  20044
>                         PHONE:  (202) 307-0067
>                         FAX:    (202) 514-8742

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Reschedule Mediation and to Extend Deadline for Discovery and Pretrial Motions, was sent by Federal Express overnight delivery on November 16, 2000, to: Alexandre Lasnaud, Esq., 3917 N. Andrews Avenue, Ft. Lauderdale, FL 33309.

_____
for ANDREW E. CLARK