UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET, INC.,
et al.

    Defendants.
_____/



### ORDER

Upon consideration of Plaintiff's Unopposed Motion to Reschedule Mediation and to Extend Deadline for Discovery and Pretrial Motions, it is hereby ORDERED AND ADJUDGED that plaintiff's motion be and hereby is GRANTED. The mediation conference in this matter shall be held with Melvin A. Rubin, Esquire, on January 17, 2001, at 11:00 a.m., at 111 Majorca Avenue, Suite A, Coral Gables, Florida 33134. It is FURTHER ORDERED that the all discovery shall be completed by January 10, 2001, and all pretrial motions and memoranda of law shall be filed by January 17, 2001. All other dates shall remain as set forth in the Court's Scheduling Order of July 18, 2000.

    DONE AND ORDERED in Chambers in Miami, Florida, this 17th day of November, 2000.

                              _____
                              DONALD L. GRAHAM
                              U.S. DISTRICT COURT JUDGE

cc: Counsel of Record