UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6210-CIV-GRAHAM/TURNOFF

UNITED STATES OF AMERICA

    Plaintiff,

v.

CIGAR MANUFACTURERS OUTLET, INC.,
and JOSE ERNESTO SAN MARTIN,

    Defendants.



### PLAINTIFF'S AND DEFENDANTS' JOINT NOTICE OF SETTLEMENT AND MOTION FOR ADMINISTRATIVE CLOSURE WITH LEAVE TO REOPEN FOR ENTRY OF A CONSENT DECREE

Plaintiff United States of America and Defendants Cigar Manufacturers Outlet, Inc., and Jose Ernesto San Martin notify the Court that they have agreed upon a tentative settlement in the above-captioned matter. The proposed settlement is contained in a tentative Stipulated Judgment and Order For Permanent Injunction ("Injunction").

Because this case was referred to the Department of Justice pursuant to the Federal Trade Commission Act, the proposed Injunction will be transmitted to the Federal Trade Commission ("FTC") for final approval by vote of the FTC Commissioners. Assuming the Injunction is approved by the FTC, Plaintiff will then submit it to the Court for entry.

Accordingly, the parties move this Court to administratively close this case with leave to reopen within 180 days for entry of the proposed Decree or for other good cause shown.

Respectfully submitted,

FOR THE DEFENDANTS:                          FOR THE PLAINTIFF:

_____
JOSE ERNESTO SAN MARTIN
Individually, and as an officer of,
Cigar Manufacturers Outlet, Inc.

DAVID W. OGDEN
Assistant Attorney General
Civil Division
U.S. Department of Justice

GUY A. LEWIS
United States Attorney

_____
ALEXANDRE LASNAUD, ESQ.
Attorney for Defendants
3917 N. Andrews Avenue
Ft. Lauderdale, Florida 33309
PHONE: (954) 561-2023
FAX: (954) 568-1425
Florida Bar No. 124000

By: _____ AUSA
NANCY LANGSTON
Assistant United States Attorney
99 N.E. 4th Street
3rd Floor
Miami, Florida 33132
Court Assigned No. A5500437
PHONE: (305) 961-9012
FAX: (305) 530-7139

_____
ANDREW E. CLARK
Attorney
Office of Consumer Litigation
P.O. Box 386
Washington, D.C. 20044
PHONE: (202) 307-0067
FAX: (202) 514-8742

**NOTICE OF SETTLEMENT**
Page 2