UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.00-6210-CIV-GRAHAM



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CIGAR MANUFACTURERS OUTLET, INC.
and JOSE ERNESTO SAN MARTIN,

    Defendants.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Notice of Settlement and Motion for Administrative Closure with Leave to Reopen for Entry of a Consent Decree, filed January 16, 2001.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The parties have forty-five (45) days from the date of this Order to obtain the approval of the Federal Trade Commission over the proposed settlement contained in the Stipulated Judgment and Order for Permanent Injunction. It is further

**ORDERED AND ADJUDGED** that the parties are directed to file either the approved Stipulated Judgment and Order for Permanent Injunction or a notice informing the court that the FTC does not approve the proposed settlement within <u>60 days</u> from the date of

this Order. It is further

**ORDERED AND ADJUDGED** that all pending motions are DENIED AS MOOT. It is further

**ORDERED AND ADJUDGED** that this case is CLOSED for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of January, 2001.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
    Alexandre Lasnaud, Esq.
    Nancy Langston, AUSA